

Entered on Docket
April 08, 2010

_____
Hon. Michael S. McManus
United States Bankruptcy Judge

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone:  702 258-8200
Fax:  702 258-8787
bk@wildelaw.com
and
MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000
Wells Fargo Bank, N.A.
09-77969 / 0051386969

UNITED STATES BANKRUPTCY COURT

SOUHERN DISTRICT OF NEVADA

| In Re: | 09-53244-gwz |
|---|---|
| Josefina Chavez-Sepulveda | Motion no.<br>Date:<br>Time: |
|  | Chapter 13 |
| Debtors. |  |

### ORDER VACATING AUTOMATIC STAY

Pursuant to the Declaration re Breach of Condition filed on March 17, 2010 and Debtors failure to cure the default prior to its expiration, and good cause appearing.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceeding is immediately vacated and extinguished for all purposes as to Secured Creditor, Wells Fargo Bank, N.A. its assignees and/or successors in interest, and Secured Creditor may proceed with a foreclosure of and hold a Trustee's Sale of the subject property, generally described as 325 W. Fourth Avenue , SunValley NV and legally described as follows:

All that certain real property situate in the County of Washoe, State of Nevada, described as follows:

PARCEL ONE:
Beginning at the Southwest corner of Parcel "c" as shown on Parcel Map #578 for T.H.&C. FISHBURN, filed in the office of County Recorder of Washoe County, Nevada, on Mat 10, 1978, under File No. 531169; thence South 89°26'00" West, a distance of 160.00 feet to a point on the West line of the Southeast quarter of the Southeast quarter of the Northwest quarter of the Northwest quarter of said Section 19' thence along said line North 0°17'50" West, a distance of 105.28 feet to a point; thence North 89°26'00" East, a distance of 160.00 feet to the Northwest corner of said Parcel "C"; thence South 0°17'50" East along the Westerly line of said Parcel "C", a distance of 105.28 feet tot he POINT OF BEGINNING.

PARCEL TWO:
Beginning at the Southeast corner of the hereinabove described parcel; thence South 0° 17'50" East 30.00 feet to a point on the North line of Fourth Avenue as now exists; thence South 89°26'00" West along said line 160.00 feet to the Southwest corner of the Southeast quarter of the Southeast quarter of the Northwest quarter of the Northwest quarter of said Section 19; thence North 0° 17' 50" West along the West line of the Southeast quarter of the Southeast quarter of th Northwest quarter of the Northwest quarter of said Section 19, a distance of 30.00 feet to the Southwest corner of the herinabove descrived parcel; thence North 89°26'00" East along the Southerly line of the hereinabove described parcel, a distance of 160.00 feet to the POINT OF BEGINNING.

EXCEPTING FROM BOTH PARCELS DESCRIBED ABOVE THAT CERTAIN MOBILE HOME LOCATED THEREON.

pursuant to applicable State Laws, and thereafter commence any action necessary to  obtain complete possession of the subject property.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtors at least seven business days' notice of the time, place and date of sale.**

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Secured Creditor hereby withdraws its secured Proof of Claim filed in this matter. The Secured Creditor shall notify the Trustee of the completion of the foreclosure sale. If applicable, Secured Creditor may thereafter amend its secured Proof of Claim to an unsecured Proof of Claim no later than forty-five (45) days after the foreclosure sale.

Submitted by:

Wilde & Associates

By /S/GREGORY L. WILDE
_____
**GREGORY L. WILDE, ESQ.**
Attorney for Secured Creditor
212 South Jones Boulevard
Las Vegas, Nevada 89107